Opinion issued May 3, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00966-CV

____________


BRENDA GREEN RAYMOND, Appellant


V.


FRANK RAYMOND, JR., Appellee






On Appeal from the 300th District Court

Brazoria County, Texas

Trial Court Cause No. 18417*RH02






MEMORANDUM OPINION

 The Court today considered the parties' joint motion to vacate the trial court's
final judgment and remand the cause to the trial court for entry of an agreed
judgment. The motion is granted as follows:


 The trial court's July 21, 2006 judgment is set aside without regard to
the merits. Tex. R. App. P. 42.1(a)(2)(B).




 The case is remanded to the trial court for entry of a proper judgment
on the basis of the compromise settlement agreement reached between
the parties. Id.

 All other pending motions are overruled as moot.

 The Clerk of this Court is directed to issue mandate 10 days after the
date of this opinion. Tex. R. App. P. 18.1.



 PER CURIAM

Panel consists of Justices Nuchia, Keyes, and Higley.